STATE EX REL. SELL, RELATOR, v. DISTRICT COURT ET AL., RESPONDENTS.

(No. 3,881.)

(Submitted June 5, 1916.  Decided June 26, 1916.)

[158 Pac. 1020.]

(For syllabus, see *State ex rel. Sell* v. *District Court et al., ante*, p. 457.)

Original application for writ of review by the State, on the relation of Hattie Sell, against the District Court of the Tenth Judicial District in and for Fergus County and John A. Matthews of the Fourteenth District, Judge presiding. Order annulled.

*Mr. William Scallon* and *Mr. John A. Coleman*, for Relator.

*Messrs. Belden & De Kalb*, for Respondents.

MR. JUSTICE HOLLOWAY delivered the opinion of the court.

In an action pending in the district court of Fergus county entitled *Hattie Sell* v. *Herman Sell* (No. 3385), an affidavit imputing bias and prejudice to Honorable John A. Matthews, the presiding judge, was made and filed by the plaintiff. It appearing that Honorable Roy E. Ayers, the duly elected judge of said county, had theretofore been disqualified in the same action, the court, Judge Matthews presiding, of its own motion, then and there made an order transferring cause 3385 to Cascade county, and this proceeding was instituted to have that order reviewed.

Upon the authority of *State ex rel. Sell* v. *District Court* (No. 3880), *ante*, p. 457, 158 Pac. 1018, the order is annulled.

*Order annulled.*

MR. CHIEF JUSTICE BRANTLY and MR. JUSTICE SANNER concur.